IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISON

**JOSEPH LEE GREGORY**                                                                                          **PLAINTIFF**

**VS.**                                              **NO.  3:22-cv-000094-LPR**

**SHERIFF DAVID LUCAS**
**and NICCI CARTER**                                                                                         **DEFENDANTS**

## ORDER

Before the Court is the Defendants' Motion for Leave to Depose Plaintiff.  For good cause shown, the motion is hereby granted.

It is so ORDERED, this 11th day of March, 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT

Order prepared by:

Jason E. Owens, #2003003
Jason Owens Law Firm, P.A.
**Mailing Address:** P.O. Box 850
Conway, Arkansas 72033-0850
**Physical Address:** 1312 West Oak Street
Conway, AR 72034
**Office:** (501) 764-4334
**Direct:** (501) 764-4420
**Fax:** (501) 764-9173
**Email:**  owens@jowenslawfirm.com