IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOSEPH LEE GREGORY**                                                     **PLAINTIFF**

VS.                                NO. 3:22-cv-000094-LPR

**SHERIFF DAVID LUCAS**
and **NICCI CARTER**                                                    **DEFENDANTS**

## SECOND AMENDED ORDER

Before the Court is the Defendants' Motion for Leave to Depose Plaintiff, Joseph Lee Gregory TDC #02441726, on Wednesday, May 8, 2024 at 11:00 a.m. via web conference (zoom). For good cause shown, the motion is hereby granted.

It is so ORDERED, this 3rd day of April, 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT

Order prepared by:

Jason E. Owens, #2003003
Jason Owens Law Firm, P.A.
**Mailing Address:** P.O. Box 850
Conway, Arkansas 72033-0850
**Physical Address:** 1312 West Oak Street
Conway, AR 72034
**Office:** (501) 764-4334
**Direct:** (501) 764-4420
**Fax:** (501) 764-9173
**Email:** owens@jowenslawfirm.com