**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**JOSEPH LEE GREGORY**                                                                    **PLAINTIFF**

**v.**                                   **Case No. 3:22-cv-00094-LPR**

**SHERIFF DAVID LUCAS**
**and NICCI CARTER**                                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered today and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that: (1) all claims brought against Defendants Governor Asa Hutchinson and Governor Gregory Wayne Abbot are dismissed without prejudice; (2) all claims brought against Defendants Sheriff David Lucas and Nicci Carter in their individual capacities are dismissed with prejudice on qualified immunity grounds; and (3) judgment is entered in favor of Defendants Sheriff David Lucas and Nicci Carter on all claims brought against them in their official capacities.

IT IS SO ADJUDGED this 20th day of June 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE